**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

---

WILMINGTON SAVINGS FUND
SOCIETY, FSB, d/b/a CHRISTIANA
TRUST AS OWNER TRUSTEE OF THE
RESIDENTIAL OPPORTUNITIES
TRUST III,

     Plaintiff,

v.

ANTHONY MARTINEZ, GLORENE L.
MARTINEZ a/k/a GLORENE L.
GARRISON, BANK OF THE WEST,
and DESERT RIDGE TRAILS
HOMEOWNERS ASSOCIATION, INC.,

    Defendants.

No. 1:18-cv-00344-PJK-SCY

---

### ORDER GRANTING MOTION FOR DEFAULT JUDGMENT ON FORECLOSURE CLAIMS

---

THIS MATTER came on for consideration of Plaintiff's Motion for Default

Judgment on Foreclosure Claims filed July 26, 2018.  ECF No. 13.  Upon consideration

thereof, the Motion is well-taken and should be granted.  Plaintiff shall submit a form of

judgment consistent with this order.

In this suit on a note secured by a mortgage on real property, Plaintiff seeks an

in-rem judgment against the property, not against any defendant personally.  Pl.'s Mot.

for Default J. at 2 (ECF No. 13).  Plaintiff is in possession of the note indorsed in blank

and was assigned the mortgage.  Id. at 4, ¶ 9.  Various returns of service indicate that the

complaint was served on all defendants.  ECF Nos. 4–8.  Defendant Bank of the West

disclaimed any interest in the underlying real property.  ECF No. 10.  A clerk's entry of

default was entered against the remaining defendants: Anthony Martinez, Glorene L.

Martinez a/k/a Glorene L. Garrison (hereinafter Glorene L. Martinez), and Desert Ridge

Homeowners Association, Inc.  ECF No. 12.

Defendant Glorene L. Martinez filed an untimely response (lacking any certificate

of service) to the present motion for default judgment.  ECF No. 16.  Although Plaintiff

indicated that it also sought summary judgment in the event defendants cured any default,

Pl.'s Mot. for Default J. at 2 n.1 (ECF No. 13), it is unnecessary to resolve the motion on

that basis as to the amount of the promissory note, the interest, and other charges.

A clerk's entry of default may be set aside for good cause.  Fed. R. Civ. P. 55(c).

In deciding this issue, courts consider the willfulness of any default, whether prejudice to

the opponent would occur, and whether the movant has a meritorious defense.  See

Watkins v. Donnelly, 551 F. App'x 953, 958 (10th Cir. 2014) (relying on Dierschke v.

O'Cheskey (In re Dierschke), 975 F.2d 181, 183 (5th Cir. 1992)).  Here, Ms. Martinez

has no explanation for failure to respond to the complaint in this action.  Though she

contends that she was awaiting a loan modification in response to a state court action, she

admits that she consented to the dismissal of that action without any resolution.  As to the

merits, she contends that she is entitled to a nine-month period of redemption contrary to

the mortgage.  See Pl.'s Compl., Exhibit A (ECF No. 1, at 28, ¶ 24) (redemption period

of one month after judicial sale).  Plaintiff is entitled to relief.  No hearing is necessary, as the amount of the promissory note, the interest, and other charges, Pl.'s Mot. for Default J. at 5, ¶ 15 (ECF No. 13), are liquidated sums capable of calculation.  See Marcus Food Co. v. DiPanfilo, 671 F.3d 1159, 1171–72 (10th Cir. 2011); United States v. Craighead, 176 F. App'x 922, 925 (10th Cir. 2006).  Insofar as attorney's fees sought, although Plaintiff is entitled to reasonable attorney's fees by the terms of the Note, the court should assess reasonableness.  Xlear, Inc. v. Focus Nutrition, LLC, 893 F.3d 1227 (10th Cir. 2018); Raja v. Ohio Sec. Ins. Co., 305 F. Supp. 3d 1206, 1236–38 (D.N.M. 2018).  Based upon the supporting material, Pl.'s Mot. for Default J., Ex. 2, at 2 (ECF No. 13), the court will grant summary judgment, satisfied with the reasonableness of those fees.

NOW, THEREFORE, IT IS ORDERED that Plaintiff's Motion for Default Judgment on Foreclosure Claims filed July 26, 2018 (Doc. 13) is granted.

Plaintiff shall submit a proposed form of judgment consistent with this order within ten (10) days, which shall include an appropriate order appointing a special master.  See Pl.'s Mot. for Default J. at 9 (ECF No. 13).

DATED this 17th day of September 2018, at Santa Fe, New Mexico.

_____
United States Circuit Judge
Sitting by Designation

3